# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Miranda Bohlken Breeden<br><br>*Defendant(s)* | ) ) ) Case No. 20-CR-65<br>) )<br>) )<br>) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2019 to January 2020__ in the county of __Linn__ in the __Northern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a Minor |
| 18 U.S.C. § 922(a)(6) | False Statement During Purchase of a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John O'Brien, FBI Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: August 17, 2020

_____
*Judge's signature*

Northern District of Iowa

Mark A. Roberts, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MIRANDA BOHLKEN BREEDEN,<br><br>Defendant. | Case No. 20-CR-65 |

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, John O'Brien, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Police Officer for the City of Cedar Rapids Police Department. I have been employed with the City of Cedar Rapids for twelve years. Prior to my employment with the Cedar Rapids Police Department, I was a police officer in Crest Hill, Illinois, for twelve years. My current assignment is as a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, located in Cedar Rapids, Iowa. My duties include investigating violent criminal activities in the Cedar Rapids, Iowa, area. I have been assigned as a TFO since September 2009. I am a graduate of Kirkwood Community College and a graduate of the Iowa and Illinois Law Enforcement academies.

1

2. The FBI conducts investigations involving crimes against the United States, including crimes involving the violation of federal firearm laws. My duties include investigating violations of those laws.

3. The information contained in this affidavit includes information gathered by me, as well as other officers. The information contained in this affidavit is drawn from information by other law enforcement officials and government agencies, my own experience and training, the experiences of other agents, and the review of documents. Where statements of others are set forth in this affidavit, they are set forth in substance and not verbatim.

4. This affidavit is submitted for the purpose of establishing probable cause in support of an application to arrest MIRANDA BOHLKEN BREEDEN for the crime of Enticement of a Minor, in violation of Title 18, United States Code, Section 2422(b), and False Statement During Purchase of a Firearm, in violation of Title 18, United States Code, Section 922(a)(6).

5. This affidavit contains only a summary of certain facts. I have not included every fact known to me or other investigators concerning the individuals and events described in the affidavit.

## PROBABLE CAUSE

6. On January 22, 2020, "Parent 1" made a report to the Resource Officer at "School 1" in Cedar Rapids, Iowa, stating she believed her 14 year old son, hereinafter referred to as John Doe 1, was having a sexual relationship with

2

his therapist. John Doe 1 attended School 1. Parent 1 did not know the therapist's name.

7. The next day, January 23, 2020, Parent 1 stated that she went through John Doe 1's cellular phone and found what she believed to be inappropriate messages between John Doe 1 and a woman, who Parent 1 referred to as "Miranda." Parent 1 also stated that she had a conversation with her 16-year old son (John Doe 1's brother), (hereinafter "John Doe 2"), wherein John Doe 2 told her that "Miranda" was John Doe 1's therapist. Parent 1 stated that John Doe 2 informed her that the therapist had performed oral sex on John Doe 1.

8. Parent 1 took screenshots of the messages on John Doe 1's cellular phone and provided them to investigators. The messages were accessed through the Facebook application known as "Lite." The screenshots show messages between John Doe 1 and a contact with the name "Miranda Bohlken Breeden." BREEDEN's account states that BREEDEN is a Mental Health Therapist at a school in Cedar Rapids and lives in Monticello, Iowa. The photo attached to BREEDEN's account matches BREEDEN's Iowa driver's license photograph. BREEDEN's driver's license represents that she was born in 1975 and is currently 45 years old.

9. Investigators have been in contact with officials at School 1 and have confirmed that Miranda BREEDEN worked at the school in the fall of 2019 through at least January 2020. The school has also confirmed that

3

BREEDEN was John Doe 1's counselor for at least some of this time. Through the subpoena of records and interviews with officials at School 1, investigators have confirmed that the phone number assigned to BREEDEN in John Doe 1's phone belongs to BREEDEN.

10. On January 24, 2020, an interview was conducted with John Doe 2[1] at the Child Protection Center. During the interview, John Doe 2 stated that he was aware his 14 year old brother was having sex with his (John Doe 1's) teacher (BREEDEN). John Doe 2 observed BREEDEN sitting on John Doe 1's lap while the two smoked marijuana and she rubbed John Doe 1's groin. John Doe 2 stated that he also observed John Doe 1 in possession of money and a Smith & Wesson firearm that BREEDEN had given John Doe 1.

11. John Doe 2 divulged during the interview that BREEDEN had taken him and two other male juveniles to a hotel in Cedar Rapids, Iowa. At the hotel, John Doe 2 had sex with BREEDEN. John Doe 2 could not recall when this would have been. Investigators determined that this would have occurred the evening of January 18, 2020. Investigators made this determination after observing surveillance video of BREEDEN, John Doe 2and another juvenile male at the AmericInn in Cedar Rapids, Iowa, on January 18, 2020. Investigators also confirmed through a hotel receipt that BREEDEN rented one room at this hotel for this date.

---

[1] John Doe 2 has had prior contacts with law enforcement, including an arrest for Theft – 5th Degree. At this time, disposition is unknown. John Doe 2 is now deceased.

4

12. Investigators also located surveillance of BREEDEN at a Wal-Mart in Cedar Rapids, from the night of January 18, 2020. In the video, BREEDEN is observed buying liquor and condoms.

13. On January 24, 2020, John Doe 1[2] was interviewed at the Child Protection Center. During the interview, John Doe 1 confirmed he was 14 years old and was being interviewed because his teacher had feelings for him and they did "shit" together. John Doe 1 stated that he met BREEDEN at School 1 approximately one month prior. During their first visit there was no flirting, but eventually BREEDEN got comfortable and she provided John Doe 1 with her phone number. John Doe 1 stated he later had sex with BREEDEN at her office at School 1, in hotel rooms in Cedar Rapids, and at BREEDEN's parents' house in Monticello, Iowa. John Doe 1 described the house to investigators as looking like a cabin. At the time of the interview, John Doe 1 wore a Juvenile Court issued ankle monitor. Investigators confirmed, by reviewing the location records for John Doe 1's ankle monitor, that he was in the location of BREEDEN's parents' home in Monticello, Iowa, on the evening of December 28, 2019.

14. John Doe 1 stated the last time he had sex with BREEDEN was in her car near a casino. John Doe 1 could not remember the name or location of the casino, but knew it was a long way away. A review of location records for

---

[2] John Doe 1 has had prior contact with law enforcement, including two arrests for Theft – 5th Degree. At this time, disposition for both arrests is unknown.

5

John Doe 1's ankle monitor show John Doe 1 was at the Isle Capri Casino in Bettendorf, Iowa, on the evening of January 17, 2020. Hotel records also confirm that BREEDEN attempted to check in to the Isle Capri Casino in Bettendorf, Iowa, on this date. However, BREEDEN's credit card was denied so she was not able to obtain a hotel room.

15. John Doe 1 indicated that he and BREEDEN communicated primarily by text message and utilized the TextNow application. Your affiant knows that TextNow is a free text and calling application.

16. On February 13, 2020, investigators executed a search warrant on John Doe 1's TextNow account. Records received from TextNow confirmed that John Doe 1 had multiple messages between John Doe 1 and the number utilized by BREEDEN. Investigators reviewed the text messages between John Doe 1 and BREEDEN.

17. The following are some, but not all, of the messages exchanged:

    - December 20, 2019:
        - BREEDEN to John Doe 1: "Ok I'm in town getting drunk right now."
        - BREEDEN to John Doe 1: "Babe seriously what r u doing? I'm not going to be able to ask u that often."
        - John Doe 1 to BREEDEN: "I'm with my brother he on home visits"
        - John Doe 1 to BREEDEN: "so in just in the house"
        - BREEDEN to John Doe 1: "ok, so I should got home after this?"
        - John Doe 1 to BREEDEN: "ya"
        - BREEDEN to John Doe 1: "fu" "I get it. DONE"

    - December 22, 2019:
        - BREEDEN to John Doe 1: "Are you afraid of Casino hotel rooms?"

6

- December 24, 2019:
  - BREEDEN to John Doe 1: "I can see you Friday for sure."
  - BREEDEN to John Doe 1: "Tell me what they want from you."
  - BREEDEN to John Doe 1: "Why are they looking for you? What do they want when they find you?"
  - BREEDEN to John Doe 1: "Hny please don't let anything happen to you."
  - John Doe 1 to BREEDEN: "I need a gun or money or both?"

- December 26, 2019:
  - John Doe 1 to BREEDEN: "My bad baby I didn't have wifi for some days and ya I need a gun and some money baby thinks"
  - John Doe 1 to BREEDEN: "When can I get it"
  - John Doe 1 to BREEDEN: "You should for a Christmas present"
  - John Doe 1 to BREEDEN: "They shot at me again idk if I can keep doing this baby"
  - BREEDEN to John Doe 1: "I'm getting you a gun tomorrow I have been planning on it."
  - (Later in the conversation)
  - BREEDEN to John Doe 1: "I know what it is. Well I was wondering if you wanted a waist belt or a gun holster? A waist belt is completely concealed under you clothes. Nobody knows you're packing. A gun holster, everybody knows you're packing."
  - John Doe 1 to BREEDEN: "Ya I need that then"
  - John Doe 1 to BREEDEN: "I don't want nobody to see"
  - BREEDEN to John Doe 1: "That's what I use. Nobody sees it and you can rip the gun out in half second, ready 2 go. "
  - John Doe 1 to BREEDEN: "Damnn ok baby I se"
  - BREEDEN to John Doe 1: "There's no chance of losing it if you're running somewhere either. Easy to stick it back into your pants like nothing happened."
  - John Doe 1 to BREEDEN: "Ok get that then baby"
  - BREEDEN to John Doe 1: "Ok"
  - BREEDEN to John Doe 1: "You're so skinny though. What is your waist in inches?"
  - John Doe 1 to BREEDEN: "Small"
  - John Doe 1 to BREEDEN: "Idk"
  - John Doe 1 to BREEDEN: "But small"
  - BREEDEN to John Doe 1: "I know ok"
  - John Doe 1 to BREEDEN: "Thanks baby"
  - BREEDEN to John Doe 1: "Mmhmmmm. You can thank me when you c me."

18. The two also discuss BREEDEN purchasing bullets.

7

19. On **December 27, 2019**, John Doe 1 asks BREEDEN if she thinks he could get a suppressor. After BREEDEN indicates that obtaining a suppressor is a "6-9 month wait", the following text message conversation takes place:

    - BREEDEN to John Doe 1: "If you know someone with a suppressor already, then let me know I'll get you a suppressor-ready handgun. It has to be pre-threaded. If not, then I'll get you 9mm."
    - John Doe 1 to BREEDEN: "K my bad"
    - John Doe 1 to BREEDEN: "Nah it ok I'll keep the gun"
    - BREEDEN to John Doe 1: "Ok babe."
    - John Doe 1 to BREEDEN: "You comeing babe"
    - BREEDEN to John Doe 1: "I'm in town looking now"
    - BREEDEN to John Doe 1: "Yes I'll text you when I got it"

    BREEDEN indicates that she went to "Gander" (presumed to be Gander Mountain in Cedar Rapids, Iowa) to obtain a firearm but moved on to a different store because "I got a cop I didn't like him but I got some answers." BREEDEN tells John Doe 1 that she is at "Theisen's." Investigators obtained surveillance video and an ATF Form 4473 from Theisen's in Cedar Rapids, Iowa, from December 27, 2019. Near the same time that BREEDEN is texting John Doe 1, she is positively identified filling out an ATF Form 4473 and purchasing a firearm. Investigators confirmed through transaction records that BREEDEN purchased a Smith and Wesson 9mm pistol, model SD9 VE, from Theisen's on December 27, 2019. On the ATF Form 4473, BREEDEN represented that the firearm she was purchasing was for herself. Additionally, BREEDEN provided her Iowa driver's license and Iowa non-professional permit to carry weapons as forms of identification to purchase the firearm.

8

20. A couple hours after the purchase of the firearm, the following text message exchange occurs between BREEDEN and John Doe 1:

- BREEDEN to John Doe 1: "When u going home babe"
- BREEDEN to John Doe 1: "I need to fuck before I go home. My pussy is wet"
- John Doe 1 to BREEDEN: "wya and you going to bleed on me"
- BREEDEN to John Doe 1: "I'm home now. And Jesus be kind. I'm doing everything I can to figure it out. It's from surgery I can't help it. He can't fix it."
- BREEDEN to John Doe 1: "I want to be in your bed"
- John Doe 1 to BREEDEN: "I want you in my bed too"
- John Doe 1 to BREEDEN: "Come pick me uo"
- John Doe 1 to BREEDEN: "Up"
- BREEDEN to John Doe 1: "I am"

21. In February 2020, investigators located multiple messages exchanged between John Doe 1 and BREEDEN via the Facebook Messenger application. These were obtained during a manual search of John Doe's 1 phone and by executing a search warrant on the Facebook accounts of John Doe 1 and BREEDEN. In the messages, BREEDEN refers to John Doe 1 as "babe" and at one points state "I love you."

22. Your affiant is aware that under Iowa Code Section 709.4(1)(b)(3)(d) a person commits sexual abuse in the third degree in the state of Iowa when a person performs a sex act with a person who is fourteen or fifteen years of age and the person is four or more years old than the fourteen or fifteen year old. *See* Iowa Code 709.4(1)(b)(3)(d).

## CONCLUSION

13. Based on the foregoing, my knowledge, training and experience, I respectfully submit there is probable cause to believe MIRANDA BOHLKEN BREEDEN,

9

committed the crime of Enticement of a Minor, in violation of Title 18, United States Code, Section 2422(b), and False Statement During Purchase of a Firearm, in violation of Title 18, United States Code, Section 922(a)(6).

Respectfully submitted,

_____
John O'Brien
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me by telephonic means this 17 day of August, 2020.

_____
MARK A. ROBERTS
United States Magistrate Judge
Northern District of Iowa