# CEDAR RAPIDS POLICE DEPARTMENT

## SEARCH WARRANT

### IN THE IOWA DISTRICT COURT, IN AND FOR LINN COUNTY




TO ANY PEACE OFFICER IN THE STATE

Based on sworn application made to the Court, I have found that probable cause exists to believe that at the place, and on or otherwise in the possession of the person(s) and in the vehicle(s), described as follows:

The electronic device described as or known to be the cell phone belonging to and/or regularly used by Miranda Bohlken BREEDEN DOB: 02-16-1975, who lives at 329 N Sycamore Street in Monticello, Iowa 52310, and to which the phone number (319) 481-0388 is assigned, there is evidence of criminal conduct.

BREEDEN has scheduled to meet with investigators at the Cedar Rapids Police Department located at 505 1st Street SW, Cedar Rapids, Linn County, Iowa at 11:00 am on February 13, 2020. Investigators expect that either BREEDEN will have said device on her person at the time of this interview, or will know its specific location at the time that this meeting takes place. Furthermore, if said device is not on BREEDEN'S person at the time of this meeting, BREEDEN will, without delay or interference, provide or take investigators to the location where said device is being stored/maintained and will not, in the interim between being notified of this seizure warrant and providing said device to said law enforcement, alter the contents found therein either manually, remotely, or by proxy.

click above to insert image

In Linn County, there is now certain property, namely:

1. All visual depictions, including still images, videos, films, or other recordings

2. All data security devices designed to restrict access to, hide, or delete software, documentation, or data. Data security devices may include hardware, software, passwords, user names or other identifiers, access codes, programming codes, and encryption tools.

3. All documents, records, communications, correspondence, notes, electronic files, e-mails, addresses or contacts, text messages, instant messages, chats, Internet history, records of Internet activity, time indicators, text message logs, instant message logs, other logs, user profiles, visual depictions, audio files, and other data or metadata relating to the following:

a. The identification of persons who used the property seized, when, where, and how often they used the property, and what they used the property for;

b. Evidence of malicious software such as viruses and Trojan horses, evidence of security software designed to detect malicious software, and evidence of counter-forensic or data elimination programs;

c. Attached storage devices, online storage, or other storage, software used to access such storage, user logs or archived data that show connection to such storage, and user logins and passwords for such storage;

d. Accounts with any cell phone or internet service provider;

e. Instructions, manuals, or information relating to the setup or use of property seized, other hardware, or software;

f. The ownership or use of the property seized, the premises where the property previously was located, and other electronic items, hardware, or software;

g. Contextual information necessary to understand the evidence described in this attachment.

h. Electronically stored data having information associated with the communication between an adult employed as a school therapist at Polk Alternative Education Center (1500 B Ave NE, Cedar Rapids, Iowa), and a minor enrolled at the same school that contains sexually explicit electronic communication platforms to include but not be limited to email, Snapchat, Facebook, Instagram, TextNow, Kik, and any other application that can be sued for electronic communication namely sending and receiving photos and videos.

click above to insert Image

Which is:
- [ ] Property that has been obtained in violation of the law
- [ ] Property, the possession of which is illegal
- [ ] Property used or possessed with the intent to be used as the means of committing public offenses or concealed to prevent an offense from being discovered
- [x] Property relevant and material as evidence in a criminal prosecution

THEREFORE, you are hereby commanded to make immediate search of the described place (and person(s) and vehicle(s)) for the specified property; to seize the specified property if found, leaving a receipt for the seized property at the place of search; to prepare a written inventory of the property seized; to return this warrant together with the written inventory; and to bring the seized property before me.

Dated this _13_ day of _February_, 20_20_.

_____
JUDGE / MAGISTRATE
6th Judicial Court of Linn County

Case #: 2020-01131

# CEDAR RAPIDS POLICE DEPARTMENT

## RETURN TO SEARCH WARRANT

### IN THE IOWA DISTRICT COURT, IN AND FOR LINN COUNTY




Being duly sworn, I, the undersigned, say that I have executed the attached search warrant and the following is a complete inventory of the property seized pursuant to the warrant:

_____
PEACE OFFICER

Subscribed and sworn before me by _____ this _____ day of _____, 20 ___.

_____
NOTARY PUBLIC, LINN COUNTY

CRPD Form #742 (Rev 12/2014)   #3-3   Page 9 of 9