IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 20-CR-65 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1<br>18 U.S.C. § 2422(b): Enticement of a Minor |
| MIRANDA BOHLKEN BREEDEN, | |
| Defendant. | Count 2<br>18 U.S.C. § 922(a)(6): False Statement During Purchase of a Firearm |

The Grand Jury charges:

## Count 1
### Enticement of a Minor

Between in or about November 2019 and January 2020, in the Northern District of Iowa and elsewhere, the defendant, MIRANDA BOHLKEN BREEDEN, using a facility and means of interstate and foreign commerce, knowingly persuaded, induced, and enticed, and attempted to persuade, induce, and entice, a minor under the age of 18 to engage in sexual activity for which a person could be charged with a criminal offense, that is, sexual abuse in the third degree under Iowa Code Section 709.4(1)(b)(3)(d).

This was in violation of Title 18, United States Code, Section 2422(b).

## Count 2
### False Statement During Purchase of a Firearm

On or about December 27, 2019, in the Northern District of Iowa, defendant

MIRANDA BOHLKEN BREEDEN, in connection with her acquisition of a firearm, a Smith and Wesson 9mm pistol, model SD9 VE, knowingly made false statements and representations to Theisen's, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Theisen's, in that the defendant represented that the firearm she was purchasing was for herself, when in fact defendant purchased the firearm on behalf of another person.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

s/ Foreperson          9/15/2020
Grand Jury Foreperson      Date

PETER E. DEEGAN, JR.
United States Attorney

By: Liz Dupuich

ELIZABETH K. DUPUICH
Assistant United States Attorney

ASHLEY L. CORKERY
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 9/15/2020
ROBERT L. PHELPS, CLERK

1